# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00110-CV

**Texas Parks & Wildlife Department; Andrew Sansom, former Executive Director of the Texas Parks & Wildlife Department, in his official capacity; Carter Smith, present Executive Director of the Texas Parks & Wildlife Department, in his official capacity, Appellants**

**v.**

**Milburn Dearing, Kenneth Head, Mike Warren, Ronnie L. Ainsworth, Alton E. Anderson, Wayne Armstrong, Ronnie Aston, Stephen Backor, Edgar D. Baker, Kenneth L. Baker, Stephen A. Barbour, William H. Bearden, Larry N. Benge, Ronald M. Bennett, Ralph E. Bishop, Winston E. Bishop, William D. Blackburn, Michael W. Bradshaw, Ronald Brooks, Garland W. Burney, Andy G. Carr, Jack H. Chancey, Tommy H. Charbula, Jerry Chilton, Bobby D. Colston, Larry H. Cranford, Billy A. Dodd, Gordon K. Eckert, Raymond D. Evans, Bobby Fenton, Bobby R. Ferguson, Keith R. Foltermann, William Francis, Faustino S. Garcia, Charles Gluck, Bobby L. Goff, John D. Gould, David E. Greene, Larry H. Griffin, Robert L. Hall, Kenneth N. Hand, Jerry D. Hearn, William J. Hiles, Gary W. Hobbs, Jerome S. Hohman, Gary M. Hunt, Samuel T. Ilse, Donald W. Jackson, Nolan Brent Johnson, August J. Kaderka, Johnny C. Karstedt, Steven Kennedy, James Kitchens, Rodney A. Knight, Charles D. Koenig, Jackie W. Kohleffell, Ronald Kramer, Arthur L. Lawrence, John LeLeux, Ernest L. Lerma, Robert A. Levens, Frank Luna, Kenneth W. Lunsford, William W. McClendon, William McCool, Malcolm McDonald, Kirby D. McRorey, Jimmy D. Mangum, Steven Medford, Forester Mills, Ernest B. Mobley, Timothy M. Moorman, Audie D. Nelson, Kenneth D. Nevins, James E. Nixon, Jr., Robert D. Norman, Larry D. Osborne, Eliseo Padilla, David L. Pagel, Douglas B. Parker, Billy G. Patton, Mitchell L. Pawlik, David N. Perry, Michael A. Pike, Michael R. Porter, William O. Potts, Charles M. Reed, Sammy Rippey, Larry B. Rowe, Lauro Salinas, Hilda M. Sanchez, Benjie J. Smith, Jay Smith, Gustavo Sorola, Douglas Spivey, Raymond V. Stallings, Michael V. Stinson, Dennis B. Thomas, Richard E. Thomas, Danny R. Tuggle, Dennis Mike Urban, Steve R. Vail, Richard Veach, Jose Vega, Charles Vest, Danny Villalobos, Michael L. Walker, Ronny O. Ward, Malcolm Watson, Harvey Burt Williams, Velton Williams, Marvin C. Wills, Robert W. Wolford, and Pat Woodmansee, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT NO. D-1-GN-01-002867, HONORABLE GISELA D. TRIANA-DOYAL, JUDGE PRESIDING

## **M E M O R A N D U M   O P I N I O N**

**PER CURIAM**

The parties have requested that this appeal be abated pending finalization of the parties' settlement agreement. We grant the motion and abate the appeal. Absent further order of this Court, this appeal will be automatically reinstated on April 4, 2011. The parties are directed to file either a status report or a motion to dismiss by that date.

Before Justices Puryear, Pemberton and Henson

Abated

Filed: February 4, 2011

2